UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ALLEN SELBY,

   Plaintiff,          Case No.  1:13-CV-1010

v.                Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 27, 2016.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 27, 2016 (ECF No. 22) is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART**.  Plaintiff is hereby awarded attorney's fees and costs in the amount of $4,407.50, which shall be paid directly to Plaintiff.

**IT IS FURTHER ORDERED** that the parties' Stipulated Order Awarding Fees Under the EAJA (ECF No. 21) is **DISMISSED AS MOOT**.

Dated:  June 17, 2016           /s/ Gordon J. Quist
                   GORDON J. QUIST
                   UNITED STATES DISTRICT JUDGE